# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>**JAMES A. CITRO**<br>**DEIRDRE FOLEY-CITRO**<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 17-12122-jkf |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

**To:** U.S. Trustee and Trustee and other Parties in Interest

Movants, the Debtors in this bankruptcy proceeding, filed an Application to Employ Professional to Sell Real Property.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney).

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before January 25, 2018 you or your attorney must do **all** of the following:

    (a) file an answer explaining your position at United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107. If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's attorney at:

    > Michael D. Hess, Esquire
    > Burke & Hess
    > 1672 Manheim Pike
    > Lancaster, PA 17601

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Jean K. Fitzsimon on January 25, 2018 at 9:30 a.m. in Courtroom #3, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, Pennsylvania.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you

if you request a copy from the attorney named in paragraph 1(b).

      5.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one has filed an answer.

Dated:  January 9, 2018