UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: James and Deirdre Foley-Citro
      Bankruptcy No. 17-12122
      Adversary No.
      Chapter    13

Date:   January 10, 2018

To:    Michael Hess

## NOTICE OF INACCURATE FILING

Re:  <u>Application to Employ Tom Garman as Realtor</u>

The above pleading was filed in this office on **01/09/2018**. Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )  Debtor's name does not match case number listed
- ( )  Debtor's name and/or case number (is) are missing
- ( )  Wrong PDF document attached
- ( )  PDF document not legible
- ( )  Notice of Motion/Objection
- ( )  Electronic Signature missing
- **(x)**  Other: **Proposed Order has wrong case number**

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

                Timothy B. McGrath
                Clerk

                By: Donna Rockeymore
                Deputy Clerk