**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In Re:<br><br>JAMES A. CITRO<br>DEIRDRE FOLEY-CITRO<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 17-12122-jkf |
|---|---|

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

TO:   U.S. TRUSTEE, CHAPTER 13 TRUSTEE, ALL CREDITORS AND OTHER PARTIES IN INTEREST, NOTICE IS GIVEN THAT:

Debtors filed a Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, to Approve Broker's Commission, and to Permit Distribution of Sale Proceeds ("Motion"). Pursuant to the terms of the Motion, the Debtors intends to sell a parcel of real estate owned by the Debtors located at 1720 Sammar Road, Lancaster, PA 17602, Lancaster County (the "Premises") for the sum of $189,900.00. If a copy of the Agreement of Sale is not enclosed with this Notice, a copy of the Agreement of Sale can be obtained by contacting counsel to the Debtor, Michael D. Hess at 1672 Manheim Pike, Lancaster, PA 17601, Phone: 717 391-2911, Fax: 717-391-5808.

Any creditor or any party in interest may file an answer, objection, or other responsive pleading with respect to this Motion with the Clerk of the United States Bankruptcy Court, Robert N. C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107, and must **deliver** a copy to counsel for the Debtor, whose name and address appears below, such that counsel for the Debtor **receives** said copy on or before at 4:00 p.m.

A hearing to consider the Motion and any answers, objections, or other responsive pleadings has been scheduled to be held before the Honorable Jean K. Fitzsimon on February 22, 2018 at 9:30 a.m. in Courtroom No. 3, Robert N. C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107. In the absence of any answer, objection, or other responsive pleading, the Court may approve the sale requested in Motion.

Dated: January 18, 2018

Michael D. Hess, Esquire
Burke & Hess
1672 Manheim Pike
Lancaster, PA  17601
Phone:  717 391-2911
Fax:    717 391-5808