UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>JAMES A. CITRO<br>DEIRDRE FOLEY-CITRO<br><br>Debtors | Chapter 13<br><br><br>Bankruptcy No. 17-12122 |
|---|---|

### AMENDED ORDER TO EMPLOY PROFESSIONAL TO SELL REAL PROPERTY

AND NOW, this     day of January, 2018, upon consideration of the Debtor's Application to Employ Professional to Sell Real Property ("Application"),

IT IS HEREBY ORDERED that the Listing Contract and Tom Garman of Berkshire Hathaway Home Services Homesale Realty are approved as a Professional to Sell Real Property.

BY THE COURT:

_____
**United States Bankruptcy Judge**

**Michael D. Hess**
**Burke & Hess**
**1672 Manheim Pike**
**Lancaster, PA  17601**

**Office of the U.S. Trustee**
**833 Chestnut Street**
**Suite 500**
**Philadelphia, PA 19107**

**Tom Garman**
**c/o Berkshire Hathaway Home Services**
**Homesale Realty**
**215 S. Centerville Road**
**Lancaster, PA 17603**

**James & Deirdre Citro**
**1720 Sammar Road**
**Lancaster, PA 17601**

**Frederick L. Reigle, Esquire**
**Chapter 13 Trustee**
**2901 St. Lawrence Avenue**
**PO Box 4010**
**Reading, PA 19606**

**Matteo Samuel Weiner**
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

**Ditech Financial**
c/o Richard G. Evans, CEO
1100 Virginia Drive
Fort Washington, PA 19034

**Ditech Financial**
PO Box 6172
Rapid City, SD 57709-6172