**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>    **James A. Citro**<br>    **Deirdre Foley-Citro**<br>                      **Debtor(s)** | **Chapter 13**<br><br>**Bankruptcy No. 17-12122-jkf** |

**CERTIFICATE OF NO RESPONSE**

      The undersigned, Michael D. Hess, Esquire, attorney for the Debtors hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtors in connection with the Application to Employ Tom Garman as Realtor, which was served upon all parties of interest on January 9, 2018.

Dated: January 24, 2018

                                                    **Burke & Hess**

                                **By:**    **/s/ Michael D. Hess**
                                                      **Michael D. Hess, Esquire**
                                                      **1672 Manheim Pike**
                                                      **Lancaster, PA 17601**
                                                      **Phone:  717-391-2911**
                                                      **Fax:    717-391-5808**
                                                      **Attorney for Debtors**