UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>JAMES A. CITRO<br>DEIRDRE FOLEY-CITRO<br><br>Debtors | Chapter 13<br><br>Bankruptcy No. 17-12122 |
|---|---|

## AMENDED ORDER TO EMPLOY PROFESSIONAL TO SELL REAL PROPERTY

AND NOW, this 25th day of January, 2018, upon consideration of the Debtor's Application to Employ Professional to Sell Real Property ("Application"),

IT IS HEREBY ORDERED that the Listing Contract and Tom Garman of Berkshire Hathaway Home Services Homesale Realty are approved as a Professional to Sell Real Property.

BY THE COURT:

_____
United States Bankruptcy Judge
Jean K. FitzSimon

Michael D. Hess
Burke & Hess
1672 Manheim Pike
Lancaster, PA  17601

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Tom Garman
c/o Berkshire Hathaway Home Services
Homesale Realty
215 S. Centerville Road
Lancaster, PA 17603

James & Deirdre Citro
1720 Sammar Road
Lancaster, PA 17601

Matteo Samuel Weiner
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ditech Financial
c/o Richard G. Evans, CEO
1100 Virginia Drive
Fort Washington, PA 19034

Ditech Financial
PO Box 6172
Rapid City, SD 57709-6172