United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12122-jkf
James A. Citro                                                            Chapter 13
Deirdre Foley-Citro
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jan 26, 2018
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
db/jdb         +James A. Citro,    Deirdre Foley-Citro,    1720 Sammar Road,    Lancaster, PA 17601-5045
r              +Tom Garman,    c/o Berkshire Hathaway Home Services,    Homesale Realty,
                 215 S. Centerville Road,    Lancaster, PA 17603-8831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Joint Debtor Deirdre  Foley-Citro amburke7@yahoo.com
              MICHAEL D. HESS    on behalf of Debtor James A. Citro amburke7@yahoo.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| JAMES A. CITRO<br>DEIRDRE FOLEY-CITRO<br><br>Debtors | Chapter 13<br><br>Bankruptcy No. 17-12122 |

### AMENDED ORDER TO EMPLOY PROFESSIONAL TO SELL REAL PROPERTY

AND NOW, this 25th day of January, 2018, upon consideration of the Debtor's Application to Employ Professional to Sell Real Property ("Application"),

IT IS HEREBY ORDERED that the Listing Contract and Tom Garman of Berkshire Hathaway Home Services Homesale Realty are approved as a Professional to Sell Real Property.

BY THE COURT:

_____
United States Bankruptcy Judge
Jean K. FitzSimon

Michael D. Hess
Burke & Hess
1672 Manheim Pike
Lancaster, PA  17601

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Tom Garman
c/o Berkshire Hathaway Home Services
Homesale Realty
215 S. Centerville Road
Lancaster, PA 17603

James & Deirdre Citro
1720 Sammar Road
Lancaster, PA 17601

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

Matteo Samuel Weiner
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ditech Financial
c/o Richard G. Evans, CEO
1100 Virginia Drive
Fort Washington, PA 19034

Ditech Financial
PO Box 6172
Rapid City, SD 57709-6172