|  |  |
|---|---|
| **UNITED STATES BANKRUTPCY COURT** <br> **IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA** ||
| **In Re:** <br><br> **James A. Citro and** <br> **Deidre Foley-Citro,** <br><br> **Debtors.** | CASE NO.: 17-12122-JKF <br><br> CHAPTER 13 |

# CERTIFICATION OF SERVICE

      I, Lauren S. Zabel, hereby certify that the foregoing Objection of Ditech Financial LLC to Confirmation of Amended Chapter 13 Plan was served by electronic notice to the parties registered for ECF Notification in this case on February 7, 2018 and by overnight mail, upon the parties listed below on February 8, 2018.

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Michael D. Hess Esq.
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

James A. Citro
1720 Sammar Road
Lancaster, PA 17601

Deirdre Foley-Citro
1720 Sammar Road
Lancaster

- 4 -

Dated:  February 8, 2018

By:   /s/ Lauren S. Zabel_____
Lauren S. Zabel
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA, 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
lzabel@reedsmith.com

*Attorneys for Ditech Financial LLC*