UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>JAMES A. CITRO<br>DEIRDRE FOLEY-CITRO<br><br>Debtors | Chapter 13<br><br>Bankruptcy No. 17-12122-jkf |
|---|---|

**AMENDED ORDER TO SELL REAL ESTATE FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES, TO APPROVE LEGAL FEES, AND TO PERMIT LIMITED DISTRIBUTION OF CERTAIN SALE PROCEEDS AT SETTLEMENT**

AND NOW, this ____ day of March 2018 upon consideration of the Debtor's Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, to Approve Legal Fees, and to Permit Distribution of Sale Proceeds ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Debtors have satisfied this Court that the proposed sale is to a good faith purchaser for a fair and reasonable consideration that is in the best interests of the bankruptcy estate and that the Debtors are therefore authorized to sell, free and clear of all liens and encumbrances, the real property owned by the Debtor located at 1720 Sammar Road, Lancaster, PA 17602, Lancaster County to Thuan D. Phan for the sum of $189,900.00 in accordance with the terms of the Agreement of Sale attached to the Motion as Exhibit A, and

IT IS FURTHER ORDERED that the distributions proposed in the Motion are APPROVED as follows and in the following order:

1. Tax liens and transfer tax shall be paid;

2. Typical expenses of sale for a transaction, not expected to exceed Two Hundred Dollars ($200.00);

3. Realtor Commissions of Six Percent (6%) as previously approved by this Court;

4. Legal fees of Fifteen Hundred Dollars ($1,500.00) to Michael D. Hess, Esq. for work associated with this transaction and accompanying Motion to Sell;

5. The remaining proceeds to be paid to the secured mortgage holder to the extent of their claim as modified to the date of sale;

6. If any amounts remain (which is not anticipated), such funds to be paid to the Debtor to the extent of their allowable exemption;

7. If any amounts remain thereafter (which is not anticipated), such funds to be paid to the Trustee for further distribution.

BY THE COURT:

**Jean K. Fitzsimon**
**United States Bankruptcy Judge**

Michael D. Hess
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

See attached list of interested parties

Tom Garman
c/o Berkshire Hathaway HomeServices
Homesale Realty
215 S. Centerville Road
Lancaster, PA 17603

Matteo Samuel Weiner
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ditech Financial
c/o Richard G. Evans, CEO
1100 Virginia Drive
Fort Washington, PA 19034

Ditech Financial
PO Box 6172
Rapid City, SD 57709-6172

Ally Auto Bank
PO Box 9001951
Louisville, KY 40290-1951

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Green Tree Servicing LLC
7360 South Kyrene Road
Tempe, AZ 85283

Navient
PO Box 9500
Wilkes Barre, PA 18773

Navient Solutions, LLC on behalf of
Educational Credit Management Corp.
PO BOX 16408
St. Paul, MN 55116-0408

Navient Solutions, LLC on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

Nelnet
P O Box 2304
Indianapolis, IN 46206-2304

Strategic Recovery Group
PO Box 52238
Idaho Falls, ID 83405-2238

US Department of Education c/o Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508

Wells Fargo Dealer Services
PO Box 25341
Santa Ana, CA 92799-5341