UNITED STATES BANKRUPTCY COURT

District of Pennsylvania (Eastern)

April 2, 2018

In Re:

Debtor(s):   James A. Citro and Deirdre Foley-Citro
Case Number: 17-12122

**Withdraw of Notice**

This shall serve as notice to the court that creditor Ditech Financial LLC wishes to withdraw Notice of Payment Change that was filed on 3/30/2018 on behalf of Ditech Financial LLC.

/s/ Ellen Pote
Ellen Pote
Bankruptcy Clerk
Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709
Phone: 1-888-298-7785
Fax: 1-866-529-1471
Email: poc.team@ditech.com

<u>CERTIFICATE OF SERVICE</u>
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE District of Pennsylvania (Eastern)

IN RE: James A. Citro         NO. 17-12122
 Deirdre Foley-Citro

 I hereby certify that on April 2, 2018, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid:

James A. Citro
Deirdre Foley-Citro
1720 Sammar Road
Lancaster, PA 17601


Via filing with the US Bankruptcy Court's CM ECF system to the following:

MICHAEL D. HESS
BURKE & HESS
1672 Manheim Pike
Lancaster, PA 17601-3028

FREDERICK L. REIGLE
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606


This is April 2, 2018


<u>/s/ Ellen Pote</u>
Ellen Pote
Bankruptcy Clerk
Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709
Phone: 1-888-298-7785
Fax: 1-866-529-1471
Email: poc.team@ditech.com