# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
|  | : | Case No.  17-12122-jkf |
| James A. Citro | : |  |
| Deirdre Foley-Citro | : |  |
| Debtor(s) | : | Chapter 13 |

## PRAECIPE TO WITHDRAW MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES, TO APPROVE BROKER'S COMMISSION, AND TO PERMIT DISTRIBUTION OF SALE PROCEEDS

**TO THE CLERK:**

Kindly withdraw our Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, To Approve Broker's Commission, and To Permit Distribution of Sale Proceeds, which was filed on January 18, 2018, for the above captioned matter without prejudice.

RESPECTFULLY SUBMITTED,

BURKE & HESS

By:   /s/  Michael D. Hess
Michael D. Hess, Esquire
Attorney for Debtor
1672 Manheim Pike
Lancaster, PA  17601
(717) 391-2911