# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| James A. Citro | | |
| Deirdre Foley-Citro | | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 17-12122 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor; Ditech

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ $174511.74 (Amount of Claim has been filed in your name by M.D. Hess (Debtors Attorney) on 03/28/2018 .

Dated: 04/06/2018

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Donna Rockeymore
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)