United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-12122-jkf
James A. Citro                                                              Chapter 13
Deirdre Foley-Citro
     Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: DonnaR                  Page 1 of 1              Date Rcvd: Apr 06, 2018
                                Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14080380        E-mail/Text: bankruptcy.bnc@ditech.com Apr 07 2018 01:31:55     Ditech,   PO Box 6172,
    Rapid City, SD 57709-6172
                                                                                                 TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        LAUREN S. ZABEL    on behalf of Creditor    Ditech Financial LLC lzabel@reedsmith.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        MICHAEL D. HESS    on behalf of Joint Debtor Deirdre  Foley-Citro amburke7@yahoo.com
        MICHAEL D. HESS    on behalf of Debtor James A. Citro amburke7@yahoo.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
    ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| James A. Citro | | |
| Deirdre Foley-Citro | | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 17-12122 |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor; Ditech

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ $174511.74 (Amount of Claim has been filed in your name by M.D. Hess (Debtors Attorney) on 03/28/2018 .

Dated: 04/06/2018

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Donna Rockeymore
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)