```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                      Case No. 17-12122-jkf
James A. Citro                                              Chapter 13
Deirdre Foley-Citro
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0313-2       User: DonnaR              Page 1 of 2         Date Rcvd: Oct 18, 2018
                           Form ID: pdf900           Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db            #+James A. Citro,    1720 Sammar Road,    Lancaster, PA 17601-5045
jdb            +Deirdre Foley-Citro,    1720 Sammar Road,    Lancaster, PA 17601-5045
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
r              +Tom Garman,   c/o Berkshire Hathaway Home Services,    Homesale Realty,
                 215 S. Centerville Road,    Lancaster, PA 17603-8831
13957765       +Burke & Hess,   1672 Manheim Pike,    Lancaster, PA 17601-3028
14053459       +Lauren S. Zabel, Esq.,    Reed Smith LLP,    Atty for Ditech Financial, LLC,   Three Logan Square,
                 1717 Arch Street,    Philadelphia, PA 19103-2713
13934099        Navient Solutions, LLC on behalf of,    Educational Credit Management Corporatio,   PO BOX 16408,
                 St. Paul, MN 55116-0408
13890376        Strategic Recovery Group,    PO Box 52238,    Idaho Falls, ID 83405-2238
13890377        Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 19 2018 02:30:03     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2018 02:29:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2018 02:29:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
13890372        E-mail/Text: ally@ebn.phinsolutions.com Oct 19 2018 02:29:28     Ally Auto Bank,
                 PO Box 9001951,   Louisville, KY 40290-1951
13923755        E-mail/Text: ally@ebn.phinsolutions.com Oct 19 2018 02:29:28     Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
14080380        E-mail/Text: bankruptcy.bnc@ditech.com Oct 19 2018 02:29:33     Ditech,   PO Box 6172,
                 Rapid City, SD 57709-6172
14100867        E-mail/Text: bankruptcy.bnc@ditech.com Oct 19 2018 02:29:33     Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
13890373       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2018 02:38:41     Green Tree Servicing LLC,
                 7360 South Kyrene Road,    Tempe, AZ 85283-8432
13890374       +E-mail/PDF: pa_dc_claims@navient.com Oct 19 2018 02:38:41     Navient,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
13966632        E-mail/PDF: pa_dc_claims@navient.com Oct 19 2018 02:38:49
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
13890375        E-mail/Text: electronicbkydocs@nelnet.net Oct 19 2018 02:29:52     Nelnet,   P O Box 2304,
                 Indianapolis, IN 46206-2304
13926112       +E-mail/Text: electronicbkydocs@nelnet.net Oct 19 2018 02:29:52
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                             TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13936601        Matteo S. Weiner, Esquire,   KML Law Group, P.C.,    c/o Ditech Financial,
                 701 Market Street, Suite 5000 Philadelph
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: DonnaR              Page 2 of 2                   Date Rcvd: Oct 18, 2018
                              Form ID: pdf900           Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
              LAUREN S. ZABEL    on behalf of Creditor    Ditech Financial LLC lzabel@reedsmith.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Joint Debtor Deirdre  Foley-Citro amburke7@yahoo.com
              MICHAEL D. HESS    on behalf of Debtor James A. Citro amburke7@yahoo.com
              POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                            TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                                       Chapter 13

JAMES A CITRO AND DEIRDRE FOLEY-CITRO     17-12122-JKF

        Debtor(s)

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:** October 17, 2018

                                                                   **JEAN K. FITZSIMON**
                                                                   **U.S. BANKRUPTCY JUDGE**