UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **James A. Citro** | : CASE NO: 17-12122 |
| **Deirdre Foley-Citro** | : CHAPTER 13 |
| | : |
| **DEBTORS** | : |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtor, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fees is approved in the amount of $3,500.00 plus $52.31 for expense reimbursement.

_____
J.

**Date: November 13, 2018**