United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12122-jkf
James A. Citro                                                            Chapter 13
Deirdre Foley-Citro
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                 Page 1 of 1                  Date Rcvd: Nov 13, 2018
                        Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.
db              #+James A. Citro,    1720 Sammar Road,    Lancaster, PA 17601-5045
jdb              +Deirdre Foley-Citro,    1720 Sammar Road,    Lancaster, PA 17601-5045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2018 at the address(es) listed below:
      LAUREN S. ZABEL    on behalf of Creditor    Ditech Financial LLC lzabel@reedsmith.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      MICHAEL D. HESS    on behalf of Joint Debtor Deirdre  Foley-Citro amburke7@yahoo.com
      MICHAEL D. HESS    on behalf of Debtor James A. Citro amburke7@yahoo.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                                      TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

**James A. Citro**                         : CASE NO: 17-12122
**Deirdre Foley-Citro**             : CHAPTER 13
                                          :
         **DEBTORS**                    :

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtor, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fees is approved in the amount of $3,500.00 plus $52.31 for expense reimbursement.

*[signature]*

J.

**Date: November 13, 2018**